FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2023 AUG 16 PM 3:26

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 3:23-cr-122-MMH-MCR
     18 U.S.C. § 875(c)

NEAL BRIJ SIDHWANEY

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 31, 2023, in the Middle District of Florida, and elsewhere, the defendant,

NEAL BRIJ SIDHWANEY,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is Victim 1, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, that is, Sidhwaney, in a voice message left for Victim 1, twice stated that he was going to kill Victim 1.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
For JOSEPH WHEELER III
Special Assistant United States Attorney

By: _____
KIRWINN MIKE
Assistant United States Attorney

By: _____
For CHERIE KRIGSMAN
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
8/16/23 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

NEAL BRIJ SIDHWANEY

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

███████████████████████
Foreperson

Filed in open court this __16th__ day

of August, 2023.

_Tracee S. Perotti_
Clerk

Bail  $ _____

GPO 863 525