FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION    2023 AUG 16 PM 3:26

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.                                      CASE NO. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY

## MOTION FOR CAPIAS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for NEAL BRIJ SIDHWANEY, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
KIRWINN MIKE
Assistant United States Attorney
Florida Bar No. 0127588
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Kirwinn.Mike@usdoj.gov