AO 442 (Rev. 8/16/23) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>NEAL BRIJ SIDHWANEY<br><br>_Defendant_ | )<br>)  Case No. 3:23-cr-122-MMH-MCR<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_, NEAL BRIJ SIDHWANEY _____,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Interstate Transmission of a Threat to Injure, in violation of 18 U.S.C. § 875(c).

Date: 8/16/2023

_Issuing officer's signature_

City and state: Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/16/2023, and the person was arrested on _(date)_ 08/28/23
at _(city and state)_ Nassau County, Florida.

Date: 08/28/2023

_Arresting officer's signature_

Lauren Peoples, Special Agent
_Printed name and title_