# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY

_____/

Defense Atty.: KATHRYN E SHELDON
AUSA: KIRWINN MIKE

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | September 22, 2023<br>2:31 PM - 2:48 PM<br>17 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | DANIEL DUMPIT |

## CLERK'S MINUTES

**PROCEEDINGS:**      **Competency Hearing and Detention Hearing**

### COMPETENCY HEARING
Parties stipulated to the findings in the Forensic Psychological Evaluation submitted by Dr. Harris.

Court found Defendant competent to stand trial. Order to Enter.

### DETENTION HEARING (continued)
Proffer by Mr. Mike.

Proffer by Ms. Sheldon.

Court found by a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the safety of the community. **ORDER OF DETENTION TO ENTER**.

Filed in Open Court:
Stipulation Regarding Competency of Defendant