FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

9.22.2023

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY

## STIPULATION REGARDING COMPETENCY OF DEFENDANT NEAL BRIJ SIDHWANEY

The United States of America, through the undersigned Assistant United States Attorney; the defendant, Neal Brij Sidhwaney; and counsel for the defendant, Kathryn Sheldon, Esq., stipulate and agree as follows:

1. That the attached forensic evaluation of Dr. Alan J. Harris, an expert in the field of psychology, shall be received as evidence by the Court on the issue of the defendant's competency in this case in lieu of testimony; and

2. That neither the United States nor the defendant will present any evidence other than the attached report on the issue of the defendant's competency

to stand trial in this case, and the Court may enter any such order as it deems appropriate, without need for further hearing.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: _____
KIRWINN MIKE
Assistant United States Attorney
Florida Bar No. 127588
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail: kirwinn.mike@usdoj.gov

_____
NEAL BRIJ SIDHWANEY
Defendant


_____
Kathryn Sheldon, Esq.
Attorney for Defendant