UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY
_____/

Defense Atty.: KATHRYN E SHELDON
AUSA: KIRWINN MIKE

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | November 21, 2023<br>11:06 AM – 11:15 AM<br>9 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None | PRETRIAL/PROBATION | None Present |

CLERK'S MINUTES

PROCEEDINGS:      STATUS HEARING

Ms. Sheldon orally withdrew her request for a competency hearing based on the amended report by Cox Behavioral Health Group, LLC finding Mr. Sidwhaney competent.

Mr. Mike had no objection to hearing new evidence/argument by Ms. Sheldon in support of the Unopposed Motion to Reopen Detention Hearing.

Ms. Sheldon presented argument in support of her motion to reopen.

Judge Richardson orally **DENIED** the Unopposed Motion to Reopen Detention Hearing.