## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                      CASE NO. 3:23-cr-122-MMH-MCR

NEAL BRIJ SIDHWANEY

Defense Atty.: KATHRYN E SHELDON
AUSA: KIRWINN MIKE

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | December 15, 2023<br>10:34 AM – 10:50 AM<br>26 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | NONE PRESENT |

### CLERK'S MINUTES

**PROCEEDINGS:**      **Change of Plea Hearing**

Defendant placed under oath.

Defendant enters plea of guilty to Count One of the Indictment.

Court finds Defendant alert, intelligent and willingly entered plea of guilty.

Parties agree to waive 14 day objection period to Report and Recommendation.

Order of Detention previously entered shall remain in effect.

Report and Recommendation to enter.

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
NOTICE re: Entry of a Plea of Guilty
NOTICE OF MAXIMUM PENALTIES